IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

STEVEN SHORT, #K0112                                                                    PLAINTIFF

VS.                                                         CIVIL ACTION NO. 4:04CV193LN

JIMMIE MASONS AND SGT. MOORE                                         DEFENDANTS

## JUDGMENT

For the reasons given in the bench opinion rendered by the court on this date following a non-jury trial, IT IS HEREBY ORDERED AND ADJUDGED that this cause be dismissed with prejudice.

ORDERED AND ADJUDGED this 26th day of January, 2006.


/S/ TOM S. LEE
UNITED STATES DISTRICT JUDGE